UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10520
_____


JOE CARRABBA, JR., Individually & on behalf of all others similarly
situated; JOE MELTON, Individually & on behalf of all others
similarly situated; CRAIG McKNIGHT, Individually & on behalf of all
others similarly situated; ROBERT H. BURROWS, JR., Individually &
on behalf of all others similarly situated; BARBARA A. WILLIAMS,
Individually & on behalf of all others similarly situated; LOYD
WELLESLEY, Individually & on behalf of all others similarly
situated; WILLARD P. CORRELL, SR., Individually & on behalf of all
others similarly situated; BRUCE PHILPOT, Individually & on behalf
of all others similarly situated; J. BRUCE GRAY, Individually & on
behalf of all others similarly situated; RICK WILLIAMS,
Individually & on behalf of all others similarly situated; A. JOE
CUTRER, Individually & on behalf of all others similarly situated;
ROBERTO G. FERNANDEZ VINAS, Individually & on behalf of all others
similarly situated; THOMAS D. McCARTHY; WYLIE HOLMES; DAVE COOPER;
ED FORTNER; JACK D. NEAL; FLOYD E. FULCHER; JACK W. SPRABARY;
ROBERT L. STOCKTON; CARROLL E. BROWN; MICHAEL J. HAMMER; SCOTT E.
PETERSON; WILLIAM H. MANSFIELD, JR.; JAMES S. STANDIFER; BETTIE J.
GARRETT; CHERIE J. STOWE; ARVIL R. MARTIN, JR.; SANFORD W. MAYNARD;
DENISE P. MILLER; EVERETT G. GROSGEBAUER; GREGORY E. SMITH; MICHAEL
CHESSMORE; IMA DELL IRVIN, Individually & on behalf of all others
similar situated.

                              Plaintiffs-Appellants-Cross-Appellees,

                         versus

RANDALLS FOOD MARKETS, INC.,

                              Defendant-Appellee-Cross-Appellant.


_____

          Appeals from the United States District Court
               for the Northern District of Texas
_____

                       May 22, 2001

Before JONES, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:

The court has carefully considered this appeal in light of the excellent briefs, oral arguments, and pertinent portions of the record. Having done so, we find no reversible error of fact or law by the district court and affirm based on that court's conscientious, well-reasoned opinions, which will be be published.

AFFIRMED.